1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
5  Facsimile: (310) 546-7401

6  *Attorneys for Plaintiff*
   *Deckers Outdoor Corporation*
7

                                    JS-6

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | DECKERS OUTDOOR                    ) CASE NO. 2:15-cv-00750-R (Ex)
   | CORPORATION, a Delaware            )
12 | Corporation,                       ) **ORDER RE CONSENT JUDGMENT**
   |                                    ) **INCLUDING PERMANENT**
13 |                  Plaintiff,        ) **INJUNCTION AND VOLUNTARY**
   |             v.                     ) **DISMISSAL OF ACTION WITH**
14 |                                    ) **PREJUDICE**
   | GOLDEN ASIA FOOTWEAR INC., a       )
15 | California Corporation; and        )
   | GUOCHANG JIANG, an individual, and )
16 | DOES 1-10, inclusive,              )
   |                                    )
17 |                                    )
   |                  Defendants.       )
18 |                                    )

19      **WHEREAS Deckers Outdoor Corporation** has filed a Complaint in this

20 action charging **Defendants Golden Asia Footwear Inc.** and **Guochang Jiang**

21 (collectively "Defendants")  with Trade Dress Infringement, False Designations of

22 Origin, Unfair Competition, and Patent Infringement arising from Defendants'

23 manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of

24 footwear, the designs of which Deckers has alleged infringe upon its Bailey Button

25 Boot Trade Dress (defined below) and Bailey Button Design Patents (defined below),

26 which are identified by Style Names "**8903**" and "**9903**" (hereinafter "Disputed

27 Products") and shown below:

28

1
2
3
4
5
6



7   **WHEREAS**, Deckers is the owner of the following design patents issued by the

8   United States Patent and Trademark Office: U.S. Patent Nos. D599,999 for the "Bailey

9   Button Single" boot (registered on September 15, 2009) and D616,189 for the "Bailey

10   Button Triplet" boot (registered on May 25, 2010) (hereinafter "Bailey Button Design

11   Patents"); and

12   **WHEREAS**, Deckers is the owner of the "Bailey Button Trade Dress," which is

13   characterized by a combination of the following non-functional elements:  (a) classic

14   suede boot styling made famous by the UGG brand; (b) overlapping of front and rear

15   panels on the lateral side of the boot shaft; (c) curved top edges on the overlapping

16   panels; (d) exposed fleece-type lining edging the overlapping panels and top of the

17   boot shaft; and (e) one or more buttons (depending on the height of the boot)

18   prominently featured on the lateral side of the boot shaft adjacent the overlapping

19   panels, and which characterization is accompanied by the following images:

20
21
22
23
24
25
26

  

27   **WHEREAS**, the parties hereto desiring to fully settle all of the claims in this

28   action among the parties to this Final Judgment; and

1      **WHEREAS**, the parties hereto desiring to fully settle all of the claims in this

2  action among the parties to this Final Judgment; and

3      **WHEREAS**, the parties herein have simultaneously entered into a Confidential

4  Settlement Agreement and Mutual Release,

5      **WHEREAS**, Defendants have agreed to consent to the below terms of a

6  permanent injunction, **IT IS HEREBY ORDERED** that:

7      1.    This Court has jurisdiction over the parties to this Final Consent Judgment

8  and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

9      2.    Defendants and their agents, servants, employees and all persons in active

10  concert and participation with it who receive actual notice of this Final Consent

11  Judgment are hereby permanently restrained and enjoined from infringing upon

12  Plaintiff's Bailey Button Boot Trade Dress and/or Bailey Button Design Patents either

13  directly or conributorily in any manner, including:

14      (a)    Manufacturing, purchasing, producing, distributing, circulating,

15  selling, offering for sale, importing, exporting, advertising, promoting, displaying,

16  shipping, marketing and/or incorporating in advertising or marketing the Accused

17  Products and/or any other products which infringe upon the Bailey Button Boot Trade

18  Dress and/or Bailey Button Design Patents;

19      (b)    In any future proceedings between the parties, challenging the

20  validity, enforceability, or Deckers' ownership of the Bailey Button Boot Trade Dress

21  and/or Bailey Button Design Patents, provided that notwithstanding the foregoing

22  Defendant reserves all other arguments and positions that may be available to them

23  should they be required to defend any design patent and/or trade dress infringement

24  claims by Deckers;

25      (c)    Knowingly assisting, aiding or attempting to assist or aid any other

26  person or entity in performing any of the prohibited activities referred to in Paragraphs

27  2(a) to 2(c) above.

28

1     3.     Deckers and Defendants shall bear their own costs and attorneys' fees

2  associated with this action.

3     4.     The execution of this Final Consent Judgment shall serve to bind and

4  obligate the parties hereto. However, dismissal with prejudice of this action shall not

5  have preclusive effect on those who are not a party to this action or who are not

6  specifically released in the parties' written settlement agreement, all claims against

7  whom Plaintiff expressly reserves.

8     5.     The jurisdiction of this Court is retained for the purpose of making any

9  further orders necessary or proper for the construction or modification of this Final

10  Consent Judgment, the enforcement thereof and the punishment of any violations

11  thereof. Except as otherwise provided herein, this action is fully resolved with

12  prejudice.

14  **IT IS SO ORDERED.**

16  DATED:  March 25, 2015

                    Hon. Manuel L. Real
17                    **United States District Judge**

4
**ORDER**